**Exhibit A to the Complaint**

**Location:** Glenside, PA  **IP Address:** 71.185.46.94
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CF43445550F5C577FDA1000BF1517D82890112CF File Hash: 694D3DB76335ADFC323553250FAB7BE0D13E067F1FDFEC66DAEE915555BFD16F | 05-23-2021 16:08:07 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 2 | Info Hash: 177CFD4D652475B5EF00F393977809C79A69B70B File Hash: E8EA6BADC1F18AC0C1695C21C0CD699BF59E094193E999894E1FB91A0921BC24 | 05-04-2021 00:12:04 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 3 | Info Hash: E61975B64F05C8F0D14C66E93DE0FFB04D7A2F6D File Hash: 7E0CBEEF7C42F83201CCBF1ECCBFB92FF4844F75698FCC9BE8D99227EF3A1483 | 05-03-2021 23:54:01 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 4 | Info Hash: B0C11A6C1831036722B155D62E5E3F571B9B2DFC File Hash: F461ABB5DA55CB69F48F3E48370CDC6FEDB0EB866739509F362FFF0790FD7FAD | 04-22-2021 18:06:36 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 5 | Info Hash: 8B774AA8D7C759528331E69082CCF8257034DB14 File Hash: 83B5017061D514F35D012E178E6A31EA4201E23086DC9D47ED2E8B533CDEF40B | 04-19-2021 22:36:10 | Vixen | 03-09-2020 | 04-17-2020 | PA0002246165 |
| 6 | Info Hash: 29CB9F83B57282A28623BB4D544859E9D09009C8 File Hash: F256328AA4E3A1CA1FB203639F2BC64B85582EA82610385F77DB9DDF48CC4338 | 04-08-2021 17:04:23 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 7 | Info Hash: 8A60CD05E85FB1E291B7B96D9B6EE3DA7C58B579 File Hash: 4EB7F4C0A743F2D20486F50F9CA9F43E858521E03D352F38E69E8E328F7E8789 | 03-14-2021 14:23:08 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 8 | Info Hash: 0E4B5E5DC0AFC0C362E25D2E355B9DDA004393F7 File Hash: F23808AFCCD55FA0ABC4ECF9BC84771B24DEAB3FA6B56D49789169D97CECAB60 | 02-11-2021 19:08:57 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C712DD41FC304B9E6DA7F281D40A84F3998639A1<br>File Hash: 44DA1CAA08B3A845984A5D3DF965483C901BB699AD711BE89BA1A4B68FBBCE88 | 01-24-2021 20:06:50 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 10 | Info Hash: B18E1D41690223ABB3AF223C4CD9DB0D92732F68<br>File Hash: 2DAB04B35C3709ABBA91ABC641F7C2FC9A48AA80A1A6F921058A75E983240C10 | 01-18-2021 18:06:08 | Vixen | 02-08-2020 | 03-18-2020 | PA0002241445 |
| 11 | Info Hash: 6FBEE85FC7FB7F1DD7624C72B2210E2FCCAD0F53<br>File Hash: 2F96397A7136C2422502EFAA9E161C8414D7754AC8D97248CD32D39535EC78CF | 01-18-2021 17:36:35 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 12 | Info Hash: D3EAFC49C5FF4730292FEAFF3786D6F5780E94E6<br>File Hash: 6CF0CADC52ED557C4A99879326343FD0613C8C6FC9B3E0D4D2964C7AA8D22E91 | 01-10-2021 21:15:00 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 13 | Info Hash: BA9C909C755A92B83B8E970DBB075DDBC998C06B<br>File Hash: 9B486D80D2527860BF2E98F369423ACE4FB96F919609EBC0351DFCC0F1ACBDF0 | 12-29-2020 21:31:06 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 14 | Info Hash: 568692569D20CFEB6529917EFF19D8D647BF99B9<br>File Hash: BB50A78FC582B352896BECCBC45DF366F2594C42B51DB99FB3359AFD9A133019 | 12-23-2020 19:38:53 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 15 | Info Hash: 25479F1839EAA543B4BFD2A498B6DF8AA397AAF8<br>File Hash: B081FEA3A856694B4A012942C9EA8A43E92A14330F1FEF2BB77382B8287A1E35 | 12-23-2020 19:26:32 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 16 | Info Hash: 0E4E9330734769FD5FDD3866CAA288DB808AB88A<br>File Hash: B68B2BDF1B682E2695E07E8B2AD90E415F34DF7B59C1B79E2BE799CB545C82F4 | 11-27-2020 19:13:26 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 17 | Info Hash: 1917C512DE6E36C7C32CBFEB0B757FE5952ACB61<br>File Hash: 996C4A9793F80E4DA1C157A8755DA5C9877E68B8F1F8C2BD8EC8B8133C634231 | 11-27-2020 18:59:29 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 387D1641EF51137EFE29CAAAA6B5F03ADD8AA8B8<br>File Hash: 9BD9F671B65B74701346F28D79B54DADAD08844565DBEE4884B84E326C315B02 | 11-09-2020 21:02:20 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 19 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 09-20-2020 14:23:34 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 20 | Info Hash: 4B284A0C691291B7047185928CAAD62C0D415773<br>File Hash: 55BB78E76408827995311BEA5542CDD4F8EC08CF2B61ECF44084537217280AA0 | 09-06-2020 23:35:06 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 21 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-06-2020 22:15:53 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 22 | Info Hash: D5A7BA6BBA046AB1FA10FD54403E1B0EBA9E0B27<br>File Hash: 1C8768781A154D8E268DB0527F5AA8261B25442B32615EAE22EE318720EB4111 | 08-28-2020 18:00:33 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 23 | Info Hash: 1F6358AF09F833F713119926BA142A262A51FB39<br>File Hash: 296CBAC791B2B8C851CD79BDE55041144674B2ADEF671BA45434B663E7AE5ADF | 08-09-2020 17:41:42 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 24 | Info Hash: 7B0F3B042CF55D687389B8D5DA59C57519A11EAF<br>File Hash: DE0A1FFD7940186E64E408C53D35AE0A1E36CDCD04BD73AFC359171AF0F28EB0 | 07-04-2020 18:41:38 | Tushy | 06-30-2017 | 07-07-2017 | PA0002070818 |